EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | |
|---|---|
| | 2011 TSPR 114 |
| | 182 DPR ____ |
| Noel Zamot Pérez | |

Número del Caso: TS-4142

Fecha: 8 de agosto de 2011

Abogado de la Parte Peticionaria:

Lcdo. Luis A. Pérez Caraballo

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

    Noel Zamot Pérez

                            TS-4142

Sala de Verano integrada por la Juez Asociada señora Rodríguez Rodríguez, como su Presidenta, la Jueza Asociada señora Pabón Charneco y los Jueces Asociados señor Rivera García y señor Feliberti Cintrón.

RESOLUCIÓN

    En San Juan, Puerto Rico, a 8 de agosto de 2011.

    Examinada la moción titulada *"Moción en Cumplimiento con Resolución del 11 de febrero de 2011"*, se reinstala al Lcdo. Noel Zamot Pérez al ejercicio de la abogacía.

    Publíquese.

    Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

                Larissa Ortiz Modestti
        Secretaria Interina del Tribunal Supremo